**MEMORANDUM ENDORSED**



Jarrett S. Charo – Of Counsel
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
Jchro@mizrahikroub.com
www.mizrahikroub.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/23/2022

February 22, 2022

The Honorable Gregory H. Woods
United States District Court
Southern District of New York
40 Centre St.
New York, NY 10007

Re:   *Contreras v. LiquidSpace, Inc*; Case No. 1:21-cv-9712- GHW

Dear Judge Woods:

We represent plaintiff Yensy Contreras ("Plaintiff") in the above-referenced action. We submit this letter to respectfully request an adjournment of the initial conference set for March 3, 2022, at 11:30 a.m. The parties request this adjournment since Defendant's answer was due on December 28, 2021, and they have yet to appear or contact Plaintiff. Plaintiff requests 30 days to obtain a certificate of Default as to Defendant, *LiquidSpace, Inc.,* and to file an Order to Show Cause for Default Judgment in accordance with the Court's individual rules. This is Plaintiff's first request for such extension.

Thank you for your consideration in this matter.

Respectfully submitted,
*/s/ Jarrett S. Charo*
JARRETT S. CHARO

cc:   All Counsel of Record (via ECF)

Application granted.  The initial pretrial conference scheduled for March 3, 2022 is adjourned to April 5, 2022 at 3:30 p.m.  The joint letter and proposed case management plan described in the Court's November 24, 2021 Order, Dkt. No. 5, is due on or before March 29, 2022.

Plaintiff is directed to serve a copy of this order on Defendant.

SO ORDERED.

Dated: February 23, 2022
New York, New York

GREGORY H. WOODS
United States District Judge