USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

YENSY CONTRERAS, *individually and on behalf of all others similarly situated*,

                        Plaintiffs,

-v -

LIQUIDSPACE, INC.,

                        Defendant.

------------------------------------------------------------------ X

1:21-cv-9712-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

      In the order scheduling the initial pretrial conference in this matter, the parties were directed to submit a joint letter via ECF and to email a joint proposed Case Management Plan and Scheduling Order to Chambers by no later than March 29, 2022.  Dkt. Nos. 5, 9.  The Court has not received the parties' submissions.

      The parties are directed to submit their joint letter via ECF and to email their joint proposed Case Management Plan to Chambers forthwith, and in no event later than April 1, 2022.

      SO ORDERED.

Dated: March 31, 2022
New York, New York

                                              GREGORY H. WOODS
                                              United States District Judge